IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUSSELLVILLE SCHOOL DISTRICT**                                    **PLAINTIFF**

v.                     Case No. 4:20-cv-00722 KGB

**T. R., Parent and Next Friend of K.R.,**
**a Minor**                                                         **DEFENDANT**

## ORDER

Before the Court is the joint motion to dismiss with prejudice of plaintiff/counter defendant Russellville School District's ("RSD") and defendant/counter claimant T.R., individually and as parent and next friend of K.R., a minor (Dkt. No. 33). The parties state that they have successfully mediated their dispute in this case and that all matters involving the settlement have been fulfilled (*Id.*, ¶ 5). For good cause shown, the Court grants the parties' joint motion to dismiss (*Id.*). The Court dismisses all of the claims in plaintiff's complaint with prejudice and all of the claims in defendant's counterclaim with prejudice. The Court denies as moot all other pending motions (Dkt. Nos. 21, 25, 28, 30).

So ordered this 7th day of December, 2021.

_____
Kristine G. Baker
United States District Judge